ROBINSON AMUSEMENT COMPANY, Respondent, *v.* BRIGHTON BEACH CASINO, Appellant.

*Robinson Amusement Co.* v. *Brighton Beach Casino,* 177 App. Div. 899, appeal dismissed.

(Submitted October 1, 1917; decided October 9, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 13, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action of ejectment.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous, that the exceptions were frivolous; that no questions of law were involved and that the appeal was taken solely for purpose of delay.

*Daniel E. Lynch* for motion.

*George W. Martin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.